IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KHAMPHONY PHOMMA | : | CIVIL ACTION |
| v. | : | |
| JOHN W. KERESTES, et al. | : | NO. 11-5832 |

## ORDER

AND NOW, this 6th day of Jan., 2012, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, it is hereby

**ORDERED**

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**; and

3. A certificate of appealability is not granted.

BY THE COURT:

_/s/ Robert F. Kelly_
ROBERT F. KELLY, J.